# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

April 19, 2005

Before

**FILED**
APR 2 2 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Hon. KENNETH F. RIPPLE, *Circuit Judge*

Hon. DANIEL A. MANION, *Circuit Judge*

Hon. DIANE S. SYKES, *Circuit Judge*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff-Appellee,<br><br>No. 04-1969　　　　　　　v.<br><br>DANNY L. DIXON,<br>　　Defendant-Appellant. | ] Appeal from the United<br>] States District Court for<br>] the Central District of<br>] Illinois.<br>]<br>] No. 03 CR 20027<br>]<br>] Michael P. McCuskey,<br>]　　Chief Judge. |

　　Upon consideration of the UNITED STATES OF AMERICA'S MOTION FOR LIMITED REMAND AND MOTION TO VACATE BRIEFING SCHEDULE, filed on March 11, 2005, by counsel for the appellee,

　　IT IS ORDERED that the motion is GRANTED. While retaining jurisdiction, we order a limited remand of Dixon's sentence in accordance with *United States v. Paladino*, No. 03-2296 et al. (7th Cir. Feb. 25, 2005). The district court is respectfully requested to return this case to us when the limited remand has been completed. Until then, briefing is SUSPENDED.