IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff.<br><br>v.<br><br>DANNY L. DIXON,<br><br>   Defendant. | No. 03CR20027<br>Hon. Michael P. McCuskey, Chief<br>United States District Judge,<br>Presiding |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW court-appointed counsel for DANNY L. DIXON, Richard H. Parsons, Federal Public Defender, and Jonathan E. Hawley, First Assistant Defender, moving this Honorable Court for an Order allowing counsel to withdraw, and in support thereof states as follows:

1.    Pursuant to Administrative Order 08-U-0005, this Court appointed undersigned counsel to represent the Defendant on his request for a reduced sentence pursuant to the retroactive amendment to the crack cocaine guideline.

2.    Undersigned counsel has thoroughly reviewed the Defendant's case and concluded that he is ineligible.  Specifically, at the Defendant's original sentence hearing, he was found to have a Total Offense Level of 40 and a Criminal History Category of VI, for a guideline range of 360 to life.  Even if his Total Offense Level were lowered to 38 under the retroactive amendment to the crack cocaine guideline, he would still he would still have a guideline range of 360 to life. Accordingly, even if the Defendant is eligible for a two-level reduction, his guideline range would remain unchanged.  Thus, he is ineligible for a reduction.

.

3. Because undersigned counsel has concluded that the Defendant is ineligible, counsel requests that he be allowed to withdraw as counsel and that the Defendant's be allowed to proceed in this matter *pro se*.

WHEREFORE, undersigned counsel respectfully requests that this Honorable Court enter and order allowing undersigned counsel to withdraw and allowing the Defendant to proceed *pro se*.

Respectfully Submitted,
DANNY L. DIXON, Defendant

RICHARD H. PARSONS
Federal Public Defender

BY:    s/ Jonathan E. Hawley
_____
JONATHAN E. HAWLEY
Attorney for Defendant
First Assistant FPD
ARDC Reg. No. 6243088
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
Fax: (309) 671-7898
E-mail: jonathan_hawley@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney Eugene Miller.

s/ Jonathan E. Hawley
_____
JONATHAN E. HAWLEY
Attorney for Defendant
First Assistant FPD
ARDC Reg. No. 6243088
401 Main Street, Suite 1500

Peoria, Illinois 61602
Phone: 309/671-7891
Fax: (309) 671-7898
E-mail: jonathan_hawley@fd.org