IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>DANNY DIXON,<br><br>  Defendant. | Case No. 03-20027 |

## MOTION TO WITHDRAW AS COUNSEL

Now comes Thomas W. Patton, Federal Public Defender, and moves to withdraw as court-appointed counsel. In support, he states:

  1. Pursuant to Administrative Order 19-MC-1001, the Court appointed the Federal Public Defender's Office to represent the Defendant on his request for a reduced sentence under the First Step Act of 2018, Pub. L. 115-391, 132 Stat. 5194 (Dec. 21, 2018).

  2. After reviewing Mr. Dixon's case, counsel has determined that Mr. Dixon is eligible for a reduction. He has communicated with the United States and Mr. Dixon to try to reach an agreed sentence reduction.

  3. Counsel has conferred extensively with Mr. Dixon about a proposed agreement and litigation strategies. After lengthy consultation, Mr. Dixon has decided he would prefer to litigate this matter by himself without the assistance of undersigned counsel, and he has told counsel to move to withdraw.

4. A defendant does not have the right to counsel to seek a sentence reduction under the First Step Act. Cf. *United States v. Foster*, 706 F.3d 887, 888 (7th Cir. 2013).

5. Mr. Dixon should thus be permitted to proceed *pro se* on his motion for sentence reduction.

WHEREFORE, undersigned counsel respectfully requests that the Court enter an order allowing him to withdraw and permitting the Defendant to proceed *pro se*

Respectfully submitted,

BY:   /s/ Thomas W. Patton
THOMAS W. PATTON
Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois  61602
Telephone: (309) 671-7891
Facsimile: (309) 671-7898
Email: thomas_patton@fd.org

### CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to Assistant United States Attorney Patrick Hansen.

/s/ Thomas W. Patton
THOMAS W. PATTON
Federal Public Defender