Danny Dixon #14066-026    CASE # 20027

FILED
03-20027
MAY 31 2019
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

Request to the Clerk of the court dealing with the "First step act"

I Danny L. Dixon #20027 am requesting for the Clerk of the court to appoint a member of the Criminal Justice Act Panel of this District. The F.P.D. Mr. Patton are haven problems and he don't want to summitt my issues and said he will not, so I asked him to withdraw and let me get someone that will listen to me.

Danny Dixon #14066-026
U.S.P Big Sandy
P.O. Box 2068
INEZ, KY, 41224

INMATE NAME: [signature]
REGISTER # 17066-026
UNITED STATES PENITENTIARY, BIG SANDY
P.O. BOX 2068
INEZ, KY. 41224

5-22-19

United States district court
central district of Illinois
Office of the clerk
201 S. Vine St. Room 218
Urbana, IL 61802-3348

