United States of America

FILED
APR 3 0 2020
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

V

Case No. 03-CR-20027

Danny Leon Dixon

Motion for Reconsideration of Reduce Sen.
**Motion for a full Resentence**
Under 18 U.S.C. Section 3582 (c)(1)(B)

Charges
(1) Distribution of Five grams or More of Cocaine Base (count 1) 841(a)(1) & (b)(1)(B)(iii)

(2) Distribution of fifty grams or More of Cocaine Base (count 2) 841(a)(1) & (b)(1)(A)(iii)

Pg #2

My name is Danny Leon Dixon #03-CR-20027 I am writting this court in regaurd of the descrection this court has on my sentence. I am enclosen my "Open Plea Of Guilty" and the terms that i have agreed too from this court and the U.S. Attorney on Nov. 24, 2003. My charges is 5 grams and over and 50 grams and over "only". On Nov 24th, 2003 I Danny Leon Dixon was enter into a Open Plea of guilty that came with the facts of the case and also the said pacific amount of drugs that i would be pleading guilty too, the Elements of the charges, the penalties of the charges, also the factual Basis for the Plea of what i was admitting too. My Plea said on the factual Basis i am only held responcibal for this pacific grams on the 5 grams and over "27.6 grams" and on the 50 grams and over.. 55.2 grams of crack. This Plea was signed by United States Attorney Jan Paul Miller and by Assistant United States Attorney Eugene L. Miller. I have attached my

Pg. #3

open plea that was filed Nov 24, 2003 by John M. Waters, Clerk, U.S District Court of Central district of Illinois, and recieved on Nov. 25, at 4:42 by U.S. Probation of Urbana.

This court has made two decisions on my case on two reductions that Probation has done the calculation of my ~~____~~ guied line and Probation always starting drug amount at 500 grams that is not part of my plea or is not the factual basis of my charged indictment. Also the court seems to o~~bvious~~ over look that i was given an Open Plea with said amounts that i am pleading guilty too. My plea dose not says nothing about a will of more drugs added to my case. In 2003 i pled guilty and now it's 2020, Congress has been trying to give back some of this unjust sentence that was given to "Crack" Offenders. i am a none-violent offender, i am not a careea offender, i am not a person that's part of a conspiricy. i don't have no codefendent's, all i did was give one informate 27.6 grams and 55.2 grams of crack in 2002. if i was sentence today for the said amount in my plea and indictment


Pg #4

i would be level 26 + 4 points enhansment level 30 category VI 168 months to 210 months

I am respectfully asking Mr. Shadid to reconsider his decision on the reduce sentece he gave me 300 months ran concurrent. i am asking him to make his decision off the probation looking at the factual basis of my sentence and factual basis of my indictment, and factual basis for my Open Plea that was accepted by this court for 55.2 grams and 27.6 grams of crack, also i am asking for a resentence due to the fact that on count one, the 27.6 grams, dose not reach the set grams of 28 grams to reach 5 to 40 years. the max i can face is 0-20 years. on count one i was resentence to 300 months, witch is 25 years. in the govermont responce to the 404 reduction they asked for 240 months on count one and 286 months on count two. under the 404 that makes my case retroactive and the statue applies to my case. pursuant to section 3553(a)(3), a court must consider the statutory min and maximum penalties in reaching a sentencing decision. On count One

of my sentence Now under section 2 of the F.S.A my statutory range is now 0-20 years maximum in my open plea Stipulation 1-13, number #11 states the following..... #11, The Court is required to consider any applicable Sentencing Guidelines, but may depart from those guidelines under some circumstances. Thus, the Court will be free to impose whatever sentence it deems appropriate up to the statutory maximum <u>Subject to the limitations of the United States Sentencing Guidelines.</u> *Factual Basis for Plea* #13

On September 5, 2002 the defendant gave the source <u>27.6 grams</u> of cocaine base as later determined by Forensic Scientist John A. Martin at the Illinois State Police Forensic Science Laboratory.

On September 26, 2002 the defendant gave the source <u>55.2 grams</u> of cocaine base (89% pure) as later determined by forensic Chemist John A. Meyers at the Drug Enforcement Administration North Central Laboratory.

Pg. # 6

## Conclusion

I Danny Leon Dixon #03-CR-20027 respectfully ask this court to review my Open Plea of Guilty and Resentence me so the said amounts I agreed to, also i would like for my case to be reviewed for the reduced sentence of 300 months on count one, "27.6 grams" of crack that if i was sentence today would be 0-20 years, "27.6 grams" ~~28 gram~~ 5-40 I am respectfully asking for a full-Resentence on my case.

Respectfully Submitted
#14066-026

Danny C. Dixon #14066-026
Administrative U.S.P
P.O. Box 1002
Thomson, IL, 61285

Certificate Of Service

I hereby certify that on 4-25-20 I filed the foregoing 3 copies with the Clerk of the Court, A.U.S Attorney Patrick D. Hansen, Probation Office of Urbana

*[signature]* 14066-026

Danny Dixon #14066-026
A.U.S.P.
P.O. Box 1001
Thomson IL, 61285

*[signature]*