FILED
DEC 21 2020
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Notice of Appeal #3285

Brief memorandum stating why this appeal should not be dismissed

My name is Danny Dixon #CR-03-20027 I am writing this court in responce to me asking for a time extention on my notice of Appeal. I want this court to know that I am at U.S.P Thomson and due to the covid-19 this U.S.P is and has been on lock down for the past 9 months I want to point out to this court that every time this court send me my mail it has been sent through regular mail with out a (Open in the present of Inmate) due to that it take us inmates a month to get our regular mail. today is 12-14-20 and I just recieved this notice from the court of Appeals staten my brief has been suspended until I write this court and explain why my notice of appeal was put in 7 days late you can call to this U.S.P and it will be verified of how late we get our mail so I am asking this court to understand that am doing my best due

to being locked down and the covid-19. I am also asking this court to appoint me an attorney to help me with this appeal. and also asking this court to put on the envelope Open in the Presence of Inmate so I can sighn For my mail.

Danny Dixon #14066-026
#(03-20027)

A.U.S.P
P.O. Box 1002
Thomson. IL, 61285

INMATE NAME Danny Dixon
REGISTER NUMBER 14066-026
ADMINISTRATIVE UNITED STATES PENITENTIARY
P.O. BOX 1001
THOMSON, IL 61285

**INMATE IDENTIFICATION CONFIRMED**

12-15-20
Legal mail

QUAD CITIES IL 612
17 DEC 2020 PM

Office of the Clerk
Room 305
Federal Building
100 N.E. Monroe
Peoria, IL 61602